UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Elisabeth Nelson and Christian Clark, | Civil No. 11-3686 (RHK/JJG) |
| Plaintiffs, | **ORDER ON REPORT AND RECOMMENDATION** |
| v. | |
| Carl Green d/b/a Signature Capital, | |
| Defendant. | |

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein, **IT IS ORDERED**:

1. The Report and Recommendation (Doc. No. 53) is **ADOPTED**; and

2. Defendant's Motion for Summary Judgment (Doc. No. 36) is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 18, 2013

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge